UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>MIRANDA WENDY BUSTAMANTE,<br><br>                          Defendant. | Case No.:  21cr2797-CAB<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO REDUCE SENTENCE [Doc. No. 72]** |

On January 2, 2025, defendant Miranda Wendy Bustamante, *pro se,* filed a Motion for a Reduction in Sentence pursuant to 18 U.S.C. §3582(c)(1)(A)(i).  [Doc. No. 72.]

Under 18 U.S.C § 3582(c), a court may not modify a term of imprisonment once it has been imposed except upon motion of the Director of the BOP, or upon motion of the defendant.  Before filing such a motion on his own, the defendant must first petition the BOP to file such a motion on her behalf.  A court may grant the defendant's own motion for a modification in sentence only if the motion was filed "after the defendant has fully exhausted all administrative rights to appeal a failure of the BOP to bring a motion on the defendant's behalf" or after 30 days have passed "from the receipt of such a request by the warden of the defendant's facility, whichever is earlier."  18 U.S.C. § 3582(c)(1)(A).

Proper exhaustion is a prerequisite to the defendant initiating the motion for sentence reduction.  The statute requires defendant exhaust administrative remedies or wait 30 days

before moving in court for a sentence reduction. Section 3582(c) states that a court may not modify a term of imprisonment except when these conditions are met. There is no statutory exception excusing the exhaustion requirement. Before the court may even consider whether the defendant's circumstances are extraordinary and compelling to justify a sentence reduction, the defendant must first demonstrate she has met the criteria for bringing her motion to the court.

Here, the defendant admits that she has not exhausted administrative remedies. [*See* Doc. No. 72 at 3.]

Accordingly, the motion to reduce sentence is **DENIED** without prejudice for lack of jurisdiction.

**IT IS SO ORDERED**.

Dated:  January 13, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

21cr2797-CAB